STATE OF NEW JERSEY v. JAMES RODGERS, JR.

January 14, 1985.

Petition for certification denied.

HENRY J. MAJEWSKI AND EUGENJA MAJEWSKI v. POTAMKIN CADILLAC CORPORATION.

January 14, 1985.

It is ORDERED that the petition for certification is granted, and the judgment of the Appellate Division is summarily reversed solely as to damages, and the matter is remanded to the trial court for a hearing on the proofs, said hearing to be on notice to and with the participation of defendants. Jurisdiction is not retained.

CLAIRE COHEN AND LIPMAN COHEN v. NATIONAL INDEMNITY COMPANY.

January 14, 1985.

Petition for certification denied.